**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**
**JUN 1 2 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| JOSE MONTERO MENDEZ, )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>WASHINGTON FOOD & )<br>SUPPLY OF D.C., INC. )<br>)<br>*Defendant* )<br>) | Case No. 1:14-cv-00385-EGS |

## ORDER

This matter came before the Court for review the Confidential Settlement Agreement ("Agreement") entered into by the Parties and submitted to the Court for consideration and approval. For the reasons set forth below, it is on this _11th_ day of _June_, 2014, hereby ORDERED that the Parties' Agreement is hereby APPROVED.

In so holding, the Court notes that the Parties submitted for the Court's review the Agreement signed by all of the parties in this matter. Thus the Court, having had the opportunity to consider and evaluate the fairness and propriety of the Parties' Agreement, has satisfied itself that the Settlement is fair and just and that the interests of Plaintiff have been served and protected. The Court is also satisfied that counsel for the Plaintiff has adequately represented Plaintiff in securing the fair and reasonable settlement.

Having approved the Agreement, this civil action is hereby dismissed with prejudice.

_____
Judge, United States District Court

Copies to:

Jeffrey S. Gutman, D.C. Bar No. 416954
George Washington University Law School
The Jacob Burns Community Legal Clinics
2000 G Street NW
Washington, DC 20052
Telephone: (202) 994-7463
Facsimile: (202) 994-4693

MIRSKY POLICASTRI LLC
Scott A. Mirsky
600 Jefferson Plaza, Suite 440
Rockville, MD 20852
(301) 664-7710 (Tel)